# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

-----------------------------------------------

In re:

Donna Jo Spangler,

          Debtor.

-----------------------------------------------

BKY No. 09-47844

**TRUSTEE'S STATEMENT
OF INSUFFICIENT FUNDS
TO PAY FILING FEE**

The undersigned Trustee of the estate of the Debtor, named above states under penalty of perjury that filed herewith:

1.      is a complaint under Rule 7001 F.R.Bkr.P.;

2.      that the Trustee is without sufficient cash in the estate to pay the filing fee to commence this adversary proceeding;

3.      the Trustee will pay the filing fee to the clerk when cash is available in the estate, pursuant to Judicial Conference Schedule of Fees for the Bankruptcy Courts, prescribed under 28 U.S.C. §1930(b).

Executed on January  8  , 2010

_/e/ Randall L. Seaver _____
Randall L. Seaver, Trustee
12400 Portland Ave. S., Suite 132
Burnsville, MN 55337

1