UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------------------------

In re:

Donna Jo Spangler,

    Debtor.

------------------------------------------------

BKY No. 09-47844

**AFFIDAVIT OF RANDALL L. SEAVER**

STATE OF MINNESOTA  )
                              )
COUNTY OF DAKOTA   )

Randall L. Seaver, being first duly sworn, deposes and states as follows:

    1. I am the trustee in the above matter and have personal knowledge of facts contained herein.

    2. It appears to me that the only assets in this case will be the vehicle and avoidance claims which are the subject of this adversary proceeding. The debtor has scheduled over $1,600,000 in unsecured debts in her Schedule F.

    **FURTHER YOUR AFFIANT SAYETH NOT.**

_____
Randall L. Seaver

Subscribed and sworn to before me
this ____ day of May, 2010.

_____
Notary Public

KARI L. FOGARTY
Notary Public - Minnesota
My Commission Expires Jan. 31, 2015